UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MELANIE DAVIS,<br><br>    Plaintiff,<br>vs.<br><br>COUNTRYSIDE VILLAGE, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 8:19-cv-00245<br><br>JOINT STIPULATION OF DISMISSAL<br>WITH PREJUDICE |

The Parties, Plaintiff Melanie Davis and Defendant Countryside Village, Inc., by and through the undersigned attorneys, hereby submit to the Court in compliance with Fed. R. Civ. P. 41(a)(1)(A)(ii) this Joint Stipulation of Dismissal with Prejudice, and the Parties agree that each shall bear and pay their own attorneys' fees and costs.

Respectfully submitted, this 29th day of October, 2020.

Melanie Davis, Plaintiff

By: /s/ Padraigin L. Browne
Padraigin L. Browne, Esq.
Browne Law, LLC
8530 Eagle Point Blvd., Suite 100
Lake Elmo, MN 55042
Phone: (612) 293-4805
E-mail: paddy@brownelawllc.com
Attorney for Plaintiff

Countryside Village, Inc., Defendant

By: /s/ Edward F. Pohren
Edward F. Pohren, #16026
Smith, Slusky, Pohren & Rogers, LLP
8712 West Dodge Road, Suite 400
Omaha, NE 68114-3431
Phone: (402) 392-0101
E-mail: epohren@smithslusky.com
Attorney for Defendant